# JOSHUA B. ADAMS
ATTORNEY AT LAW
900 WEST JACKSON BOULEVARD, SUITE 7 EAST
CHICAGO, ILLINOIS 60607
PHONE:(312) 566-9173 FAX: (847) 859-5862
josh@adamsdefenselaw.com

March 5, 2026

The Hon. Judge Anita Marie Boor
United States District Court
Western District of Wisconsin

**Re: USA v. Stackhouse**
    25 CR 63

    This letter is in response to the Court's Order of March 3, 2026. It is Mr. Stackhouse's position that a tiered trial, broken up into three separate trials is both in the best interest of Mr. Stackhouse and the best use of judicial resources.

    The government indicted Mr. Stackhouse in January 2026, he is one of the last defendants in this case. Based upon review of discovery, it is Mr. Stackhouse's position that there will be minimal overlap of the evidence between his case and the other defendants. While some witnesses may overlap, the efficiency of trying Mr. Stackhouse separate is the best use of judicial resources.

    Additionally, counsel has previously tried a multi-defendant case in separate stages in the Southern District of Iowa in the case of *United States v. Kylea Cartwright*, 23 CR 43 (Locher, J). In that case, the district court split up the 12-

defendant case into 3 separate trials. Mr. Stackhouse respectfully suggests that this Honorable Court adopt the same approach.

Lastly, Mr. Stackhouse agrees with the remainder of the Court's Order.

Respectfully submitted,

s/Joshua B. Adams
Joshua B. Adams
Counsel for Yasir Stackhouse