PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

Western District of Wisconsin

U.S. v. Yasir W. Stackhouse          Docket No. 25-cr-63-wmc-16

### Petition for Action on Conditions of Pretrial Release

COMES NOW          Ryan Plender          , pretrial services/probation officer, presenting an official report upon the conduct of defendant          Yasir W. Stackhouse          , who was placed under pretrial release supervision by the Honorable          Anita Marie Boor          , sitting in the court at          Madison, Wisconsin,          on the 9th          date of          January          ,          2026 under the following conditions:

Condition No. 18: Defendant shall not use, possess, buy or sell any illicit or narcotic drugs or any other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner with the knowledge of Pretrial Services. Defendant shall not use methadone or obtain prescription for methadone.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 9, 2026, the defendant was released on conditions of pretrial supervision at a detention hearing before Your Honor. The conditions of pretrial release included a prohibition on substance use. The defendant is being courtesy supervised by Pretrial Services in the Northern District of Illinois. A previous violation report was filed on February 12, 2026, for a positive test for marijuana.

The defendant provided urine samples that tested presumptively positive for marijuana on February 19 and March 24, 2026. He provided a urine sample that was negative for all controlled substances on April 8, 2026. The defendant denied use while on pretrial release. The defendant's supervising officer remains willing to work with the defendant to address his substance use.

It is respectfully recommended no action be taken on this violation at this time.

The government has been notified of this violation and concurs with this recommendation.

PRAYING THAT THE COURT WILL ORDER that no action be taken on this violation.

ORDER OF COURT

Considered and ordered this          27th          day of          April          ,          2026          and ordered filed and made a part of the records in the above case.

s/ Anita Marie Boor
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          April 27, 2026

Ryan Plender
U.S. Pretrial Services/Probation Officer

Place          Madison, Wisconsin